IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANACLETO S. ALCANTARA, JR., ) <br> and CARMELITA ALCANTARA ) <br> d/b/a FILIPINO EXPRESS ) <br> RESTAURANT, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. 13-00220 LEK-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on plaintiff by notice of electronic filing on June 13, 2014 and by First Class Mail to Carmelita Alcantara on June 20, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant In Part And Deny In Part Plaintiff's Motion For Default Judgment Against Carmelita Alcantara" (ECF No. [35]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 9, 2014.



      /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**J & J SPORTS PRODUCTIONS, INC. VS. ANACLETO S. ALCANTARA, JR.; CIVIL 13-00220 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**